UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RANDALL BROCIUS,

    Plaintiff,

v.                                         Case No:    6:16-cv-2190-Orl-22TBS

FREEMAN SECURITY SERVICES, INC.,

    Defendant.

## REPORT AND RECOMMENDATION

This is a collective action alleging claims by Plaintiffs that Defendant violated the Fair Labor Standards Act, 29 U.S.C. 201 *et seq.*, Article X, Section 24 of the Florida Constitution, and Chapter 448, Florida Statutes, including the Florida Minimum Wage Act, §448.110, Florida Statutes. Each Plaintiff and Defendant are parties to an Independent Contractor Agreement which provides:

> **18. MEDIATION AND ARBITRATION**
>
> Any controversy between the parties to this Agreement involving the construction or application of any of the terms, provisions, or conditions of this Agreement, shall on written request of either party served on the other, be submitted first to mediation and then if still unresolved to binding arbitration. Said mediation or binding arbitration shall comply with and be governed by the provisions of Florida Law unless the Parties stipulate otherwise. The parties shall each appoint one person to hear and determine the dispute and, if they are unable to agree, then the two persons so chosen shall select a third impartial arbitrator whose decision shall be final and conclusive upon both parties. The attorneys' fees and costs of arbitration shall be borne by the losing party, as set forth in paragraph 18, unless the Parties stipulate otherwise, or in such proportions as the arbitrator shall decide.

(Doc. 14-1, ¶ 18). Based on this clause, Defendant filed Defendant's, Freeman Security Services, Inc., Amended Motion to Compel Mediation and Arbitration (Doc. 8) which is currently pending before the Court.

The case was referred to me for a magistrate judge settlement conference which was held on March 29, 2017. Although negotiations were productive, the parties did not settle and I have filed a separate notice of impasse. One thing the parties did agree on is that I am authorized to inform the Court that the motion to compel mediation and arbitration should be granted. The parties intend for the magistrate settlement conference to satisfy the mediation requirement and now, because the case has not settled, the parties agree that the Court should order them to arbitrate this controversy. Accordingly, I respectfully recommend that the Court enter an Order:

(1) **GRANTING** Defendant's, Freeman Security Services, Inc., Amended Motion to Compel Mediation and Arbitration (Doc. 8);

(2) **ORDERING** the parties to arbitrate this controversy;

(3) **TERMINATING** all pending motions;

(4) **DISMISSING** the case without prejudice; and

(5) **DIRECTING** the Clerk to close the file.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on March 29, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record