# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RANDALL BROCIUS,**

    **Plaintiff,**

**v.**    Case No: 6:16-cv-2190-Orl-22TBS

**FREEMAN SECURITY SERVICES, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on Defendant's Amended Motion to Compel Mediation and Arbitration (Doc. No. 8) filed on January 25, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 29, 2017 (Doc. No. 17), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Amended Motion to Compel Mediation and Arbitration is hereby GRANTED.

3. The parties are hereby ordered to ARBITRATE this controversy.

4. All pending motions are hereby TERMINATED.

5. This case is DISMISSED without prejudice.

6. The clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties